IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HOT SPRINGS VENTURE NO 1, LLC**                          **PLAINTIFF**

v.                  Case No. 4:17-cv-00551-KGB

**XEROX CORPORATION and XEROX
COMMERCIAL SOLUTIONS, LLC
n/k/a/ CONDUENT COMMERCIAL
SOLUTIONS, LLC**                                                      **DEFENDANTS**

## ORDER

Before the Court is plaintiff Hot Springs Venture No. 1, LLC, and defendants Xerox Corporation and Xerox Commercial Solutions, LLC, n/k/a Conduent Commercial Solutions, LLC's joint stipulation of dismissal with prejudice (Dkt. No. 19). The joint stipulation seeks dismissal with prejudice of all claims in this action (*Id.*). The stipulation accords with the terms of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. For good cause shown, the Court adopts the joint stipulation of dismissal (Dkt. No. 19). This action is dismissed with prejudice with each party to bear its own costs, expenses, and attorneys' fees.

It is so ordered this the 3rd day of May, 2018.

*Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge